Clark & Associates
1212 West Camelback Road, Suite 104
Phoenix, Arizona 85013
Telephone: (602) 266-9596
Facsimile: (602) 266-6774
E-mail: lvs@awcesq.com

Anthony W. Clark, #018279
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Smith, Shirley F **)**<br>**)**<br>SSN   XXX-XX-8857 **)**<br>**)**<br>        AND **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>SSN **)**<br>**)**<br>        Debtor(s) **)**<br>**)** | No. 08-14959-ECF-RTB<br><br>CH 13<br><br>ORDER ALLOWING<br>PAYMENT OF<br>ADMINISTRATIVE EXPENSE |

UPON application of Debtor(s) counsel for payment of administrative expenses and there being no objections appearing,

IT IS ORDERED allowing the sum of $ 2000    for attorneys fees and costs,  in addition to amounts which were paid prior to filing as stated in the Statement Pursuant to Rule 2016(b), provided that payments will note prejudice claimants of equal or higher priority.  The Trustee is directed to pay the balance of $ 2000    to Clark and Associates to the extent that funds are available from the estate after payment of allowed administrative claims of higher priority.  Upon confirmation of the plan, payment of this administrative expense shall be paid in accordance with the confirmed plan.  In the event of a dismissal or conversion of this case, this administrative expense shall be paid immediately, prior to any refund of plan payments to the debtor(s).

        Dated: _____

        _____